UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEFANI JR OBERFERST,

                        Plaintiff,

vs.

ONONDAGA COUNTY, JEANNE ELMER,
SHARON M. STEVENS, and KRISTIN RILEY,
Individually and as employees of Onondaga County,

                        Defendants.

STIPULATION OF
WITHDRAWAL AND
DISMISSAL WITH
PREJUDICE

06-CV-1404

05-CV-77 (FJS) (GJD)

---

SIRS:

      IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Stefani J.R. Oberferst, her attorney of record, Stefan D. Berg, and Karen A. Bleskoski, attorney for Defendants, all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, Plaintiff hereby withdraws the above-entitled action and any and all claims arising as a result of the allegations in the above-entitled action as of the date of this stipulation, and the above-entitled action and any and all claims resulting from the allegations of this matter to date are hereby dismissed with prejudice, without costs or attorney's fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 11-2-07

_____
KAREN A. BLESKOSKI
Deputy County Attorney
Bar Roll No. 510728
Attorney for Defendants
Department of Law
421 Montgomery St., 10th Floor
Syracuse, NY 13202

Dated: Oct. 30, 2007

_____
STEFAN D. BERG
Attorney for Plaintiff
Bar Roll No. 506657
309 Arnold Avenue
Syracuse, NY 13210

_____
STEFANI J.R. OBERFERST

IT IS SO ORDERED that the above-entitled action and any and all claims resulting from the allegations in the above-entitled action as of this date are hereby dismissed with prejudice.

Dated: Nov 6, 07

_____ U.S.M.J
Magistrate Judge, U.S. District Court